1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DRAKE JONES,                          No.  2:21-cv-00895-CKD P

12              Plaintiff,

13        v.                               ORDER AND

14   HERNANDEZ, et al.,                    FINDINGS AND RECOMMENDATIONS

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42

18   U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

19   U.S.C. § 636(b)(1).

20        On May 17, 2021, the court received plaintiff's complaint against four correctional

21   officers at the California Health Care Facility alleging that they used excessive force against him

22   during a cell extraction on October 4, 2020.  ECF No. 1.  A duplicate copy of the same complaint

23   was received on the same day and opened as a separate civil action in Jones v. Hernandez, Case

24   No. 2:21-cv-00886-DMC (E.D. Cal.).  This complaint has been screened and was ordered served

25   on the same four defendants on August 4, 2021.  See ECF No. 8 in Case No. 2:21-cv-00886-

26   DMC.

27   ////

28   ////

                                    1

Based on a review of the docket, it appears to the court that this case may have been opened in error as duplicative of Case No. 2:21-cv-00886-DMC.[1]  Therefore, the court will deny plaintiff's motion to proceed in forma pauperis as moot and will recommend that this case be dismissed as duplicative.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of Court randomly assign this matter to a district court judge.

2.  Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied as moot.

IT IS FURTHER RECOMMENDED that this action be dismissed as duplicative of <u>Jones v. Hernandez</u>, 2:21-cv-00886-DMC (E.D. Cal.).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 9, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/jone0895.F&R.duplicative.docx

---

[1] In <u>Adams v. California Dep't of Health Servs.</u>, 487 F.3d 684, 688 (2007), the Ninth Circuit recognized that a district court has the discretion to dismiss a later-filed action that is duplicative of a prior proceeding.  In doing so, it recognized that "[p]laintiffs generally have 'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant.'"  <u>Adams</u>, 487 F.3d at 688 (citation omitted), <u>overruled on other grounds by</u> <u>Taylor v. Sturgell</u>, 553 U.S. 880, 904 (2008).

2